| | | | |
|---|---|---|---|
| Heiko v. Philadelphia Zoning Bd. of Adjustment | 06/01/2016 | 657 EAL (2015) | Denied | Pa.Cmwlth., 124 A.3d 426 |
| Indiana University of Pennsylvania v. Indiana County Bd. of Assessment Appeals | 06/01/2016 | 419 WAL (2015) | Denied | Pa.Cmwlth., 122 A.3d 1200 |
| Pravco, Inc. v. W.C.A.B. (Marshall); Marshall, In re | 06/15/2016 | 26 EAL (2016) | Denied | |
| Rebuildables Const., LLC v. W.C.A.B. (Clouthier) | 06/01/2016 | 79 MAL (2016) | Denied | |
| Williams v. Sturm | 06/02/2016 | 134 MAL (2016) | Denied | No. 2122 CD 2015 |